UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELENE MELZER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC.,<br><br>Defendant. | Civil Action No. 22-3149 (MAS) (RLS)<br><br>**ORDER** |

This matter comes before the Court upon Defendant Johnson & Johnson Consumer Inc.'s ("Defendant") Motion to Dismiss (ECF No. 66) Plaintiffs Helene Melzer, Christine Borovoy, Andy Sajnani, and Patricia Biewald's (collectively, "Plaintiffs") Second Amended Complaint (ECF No. 62). Plaintiffs opposed (ECF No. 72), and Defendant replied (ECF No. 73). After careful consideration of the parties' submissions, the Court decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS**, on this __7th__ day of March 2025, **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 66) is **DENIED**.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE