**McCARTER & ENGLISH, LLP**
David R. Kott, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 639-2056
(973) 624-7070 FAX

**SIDLEY AUSTIN LLP**
Kathleen L. Carlson (*pro hac vice*)
Lawrence P. Fogel (*pro hac vice*)
Abigail B. Molitor (*pro hac vice*)
Andrew F. Rodheim (*pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
(312) 853-7360
*Attorneys for Defendant Johnson & Johnson Consumer Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELENE MELZER, CHRISTINE BOROVOY, ANDY SAJNANI, and PATRICIA BIEWALD, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC.,<br><br>Defendant. | Civil Action No. 3:22-cv-03149 (MAS)(RLS)<br><br>Filed Electronically<br><br>**CONSENT ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT** |

**THIS MATTER** having been open to The Court by McCarter & English, LLP, attorneys for Defendant Johnson & Johnson Consumer Inc.; and the consent of the attorney for the Plaintiffs appearing; and good cause appearing;

IT IS on this 24th day of March, 2025,

MB1 52505449v.1

**ORDERED** that Defendant's time to answer Plaintiffs' Second Amended Class Action Complaint be and hereby is extended for 30 days through and including April 23, 2025.

_____
HONORABLE RUKHSANAH L. SINGH, U.S.M.J.

The undersigned hereby consent to the form and entry of the within Order.

| | |
|---|---|
| **MAZIE SLATER KATZ & FREEMAN, LLC** <br> *Attorneys for Plaintiff* | **McCARTER & ENGLISH, LLP** <br> *Attorneys for Defendant* |
| By: */s/ Matthew R. Mendelsohn* <br>     Matthew R. Mendelsohn | By: */s/ David R. Kott* <br>     David R. Kott |

cc: All Counsel (via ECF)

2