

David Kott
Partner

T. 973-639-2056
F. 973-624-7070

dkott@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

May 29, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh
United States District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  Melzer v. Johnson & Johnson Consumer, Inc.
     Docket No. 3:22-cv-03149 - MAS-RLS

Dear Judge Singh:

Pursuant to the Court's March 28, 2025 order (Dkt. 81) staying the above-captioned case, the parties submit this joint status letter to report on the status of the mediation. The parties have scheduled an in-person mediation with the Hon. Wayne R. Andersen (Ret.) of JAMS for August 5, 2025.

Within fourteen days of the conclusion of the parties' mediation, the parties will file a joint status letter notifying the Court of the results of the mediation. If mediation is unsuccessful, the parties will confer and include as part of that letter a joint proposed amended scheduling order.

Respectfully,

**MAZIE SLATER KATZ & FREEMAN, LLC**
*Attorneys for Plaintiff*

By: /s/ *Matthew R. Mendelsohn*
    Matthew R. Mendelsohn

**McCARTER & ENGLISH, LLP**
*Attorneys for Defendant*

By: /s/ *David R. Kott*
    David R. Kott

cc: All Counsel (via ECF)

So Ordered this 30th day of May, 2025

Hon. Rukhsanah L. Singh, U.S.M.J.

MEI\53321671.v1