# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELENE MELZER, CHRISTINE BOROVOY, ANDY SAJNANI, and PATRICIA BIEWALD, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC.,<br><br>    Defendant | No.  3:22−CV−03149−MAS−TJB<br><br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND TO DIRECT CLASS NOTICE** |

To:    David R. Kott, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
(973) 639-2056

Kathleen L. Carlson, Esq. (pro hac vice)
Lawrence P. Fogel, Esq. pro hac vice)
Abigail B. Molitor, Esq. (pro hac vice)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

COUNSEL:

Please take notice that on March 16, 2026, or as soon thereafter as counsel may be heard, Plaintiffs, by and through the undersigned counsel will move before the Honorable Michael A. Shipp, U.S.D.J., of the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 5W, Trenton, NJ 08608,

for the entry of an order granting preliminary approval of a proposed class action settlement, conditional certification of a settlement class, and to direct class notice.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the accompanying Memorandum, Declaration of Grace E. Parasmo, Declaration of Matthew R. Mendelsohn, Declaration of Allen Schwartz, Declaration of Brandon Schwartz, Plaintiffs' Declarations and the attached Proposed Order.


Dated: February 17, 2026          By:      */s/ Matthew R. Mendelsohn*
                                           Matthew R. Mendelsohn
                                           **MAZIE SLATER KATZ & FREEMAN, LLC**
                                           103 Eisenhower Parkway
                                           Roseland, NJ 07068
                                           Telephone: (973) 228-9898
                                           mrm@mazieslater.com

                                           **PARASMO LIEBERMAN LAW**
                                           Yitzchak H. Lieberman (admitted *pro hac vice*)
                                           ylieberman@parasmoliebermanlaw.com
                                           Grace E. Parasmo (admitted *pro hac vice*)
                                           gparasmo@parasmoliebermanlaw.com
                                           8149 Sunset Blvd, #611
                                           Los Angeles, CA 90046
                                           Telephone: (917) 657-6857

                                           **SCHWARTZ LAW PLLC**
                                           Allen Schwartz (admitted *pro hac vice*)
                                           allen@allenschwartzlaw.com
                                           150 Broadway, Suite 701
                                           New York, New York 10038
                                           Telephone:  347-460-5379

                                           *Attorneys for Plaintiffs and the Settlement Class*

2